UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA,      )
                               )
v.                             )      No. 1:19-mj-80-CHS
                               )
KEYON DENZEL HINTON            )

## MEMORANDUM AND ORDER

In accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure and in accordance with the Bail Reform Act, 18 United States Code § 3142(f), a preliminary examination and detention hearing were held in the above-styled matter on April 17, 2019. Those present included:

    (1)    AUSA Scott Winne for the USA.
    (2)    Defendant Keyon Denzel Hinton.
    (3)    Attorney Martin Lester for Defendant Hinton.

## Detention Hearing and Preliminary Examination Proof

Prior to giving testimony, all witnesses were properly sworn. ATF Agent Steven Gordy's testimony was consistent with the facts outlined in the affidavit attached to the criminal complaint and related matters. U.S. Probation Officer Emily Knox's testimony was consistent with the pretrial services report and related matters. The government presented additional exhibits from its ongoing investigation and both parties made proffers. Both parties presented their respective arguments, which were fully considered by the Court.

## Findings

Having heard and considered the testimony during the detention hearing and preliminary examination, the complaint and affidavit, and the Pretrial Services report, the undersigned finds:

(1)    There is probable cause to believe that a violation of Title 18 U.S.C. § 1512(b), witness intimidation, was committed in the Eastern District of Tennessee.

(2)    There is probable cause to believe Defendant committed the aforesaid violation in Finding 1.

(3)    Proof the Defendant committed the aforesaid offense is strong.

(4)     A separate Order of Detention Pending Trial will be entered with respect to Defendant.

## Conclusions

It is **ORDERED**:

(1)     Probable cause exists to hold Defendant to answer the charges against him in the District Court.

(2)     The Government's motion to detain Defendant without bail is **GRANTED** for the reasons set out in the separate **ORDER OF DETENTION PENDING TRIAL** filed with this order.

(3)     Pending further hearings in this matter, Defendant shall be held in custody by the United States Marshal and produced for future hearings.

(4)     Defendant next appearance shall be before a Magistrate Judge, United States Courthouse, 900 Georgia Avenue, Chattanooga, Tennessee **on April 30, 2019 at 10:00 a.m. [EASTERN]**.

SO ORDERED.

ENTER.

s/*Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE